IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:19-CV-1179 |
| UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

For the reasons set forth in the Order filed on August 30, 3021,

It is hereby **ORDERED AND ADJUDGED** that the defendant's motion for summary judgment is **GRANTED,** the plaintiff's motion for summary judgment is **DENIED,** and this case is **DISMISSED** with prejudice.

This the 31st day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE